**IN THE UNITED STATES DISCTRICT COURT FOR THE
NORTHERN DISCTRICT OF FLORIDA
PANAMA CITY DIVISION**

PLABABLE LIMITED

Plaintiff,

Case No: 5:25cv211-MW/MJF

v.

MEDREVISIONS, INC. et al

Defendants

_____/

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Defendants MEDREVISIONS, INC., and MOHAMED SHAZNI THOWSEEN (Collectively "Defendants") by and through undersigned counsel respectfully request this Honorable Court grant this motion for leave to file a 7-page (or less) reply memorandum, inclusive of all parts, in support of Defendants' Motion to Dismiss.

Defendants request this leave to reply to directly respond to the following arguments raised by Plaintiff, PLABABLE LIMITED, in its Response in Opposition to Defendants' Motion to Dismiss:

1.      Plaintiff failed to attach Exhibit A to its Response, notwithstanding the Exhibit will not demonstrate any deliberate or purposeful solicitations or advertisements to consumers within the State of Florida – but as Plaintiff assert only that Florida was not expressly excluded on a general advertising campaign, which is not sufficient to establish personal jurisdiction.

2.      Plaintiff argues that Defendants have committed tortious acts which cause damage within the State of Florida, but failed to plead or demonstrate Plaintiff's own presence within the State of Florida or how it has been damaged within the State of Florida.

1

3.    Plaintiff's reliance on the standard that this Court must accept all allegations as true, is inapplicable on the basis of personal jurisdiction and this Court is not required to accept conclusory and unsupported factual statements as true.

## CONCLUSION

For the foregoing reasons, Defendants respectfully requests that this Court grant this Motion for Leave so the Court can be fully informed of the legal grounds and facts to sufficiently determine Defendants' Motion to Dismiss.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of September, I electronically filed the foregoing with the Clerk of the Court.

Dated: September 24, 2025                  Respectfully Submitted,

By: /s/KELLY ANN M. DESROSIERS
Kelly Ann M. desRosiers, Esq.
Florida Bar No. 1017878
Kelly@Lomnitzerlaw.com
The Lomnitzer Law Firm, P.A.
7999 N Federal Hwy. Suite 202
Boca Raton, FL 33487
Telephone: (561) 953-9300
Direct: (561) 953-9301
*Attorney for Defendants*

## CERTIFICATE OF CONFERRAL

Counsel for Defendants have conferred with counsel for Plaintiff pursuant to N.D. Fla. Local Rule 7.1(B) and counsel for Plaintiff does not object to the relief sought in this motion.

/s/Kelly Ann M. desRosiers
Kelly Ann M. desRosiers, Esq.

2

**CERTIFICATE OF WORD COUNT**

Counsel certifies this Motion complies with Local Rule 7.1(F) and according to the word processing system utilized in its preparation the total word count for all text, not including the excluded text outlined in this rule, is 329 words.

/s/Kelly Ann M. desRosiers
Kelly Ann M. desRosiers, Esq.