# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

PLABABLE LIMITED,

       Plaintiff,

  v.                                 Case No. 5:25-cv-00211-MW-MJF

MEDREVISIONS, INC., and
MOHAMED SHAZNI THOWSEEN, an
individual,

       Defendants.

_____/

## NOTICE OF FILING EXHIBIT IN SUPPORT OF PLAINTIFF'S RESPONSE

## TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, by and through undersigned counsel, hereby gives notice of filing the attached exhibit in support of Plaintiff's Response to Defendant's Motion to Dismiss (ECF No. 13). Due to an inadvertent omission, the exhibit was not included with the prior filing.

The omitted exhibit, attached hereto as Exhibit "A", is offered to complete the record for the Court's consideration of the pending motion.

Respectfully submitted this 25th day of September 2025,

**Perry & Young, P.A.**

        **BY: _/s/ H. Lawrence Perry_**
        **Henry Lawrence Perry**
        **Florida Bar No.: 59765**
        **200 Harrison Avenue**
        **Panama City, FL 32401**
        **Phone: 850-215-7777**
        **Facsimile: 850-215-4777**
        **lperry@perry-young.com**
        **nbuckley@perry-young.com**
        **Attorneys for the Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

**Perry & Young, P.A.**

**BY: */s/ H. Lawrence Perry*
Henry Lawrence Perry
Florida Bar No.: 59765
200 Harrison Avenue
Panama City, FL 32401
Phone: 850-215-7777
Facsimile: 850-215-4777
lperry@perry-young.com
nbuckley@perry-young.com
Attorneys for the Plaintiffs**

# EXHIBIT "A"



























































