Exhibit "1"

PLABABLE LIMITED

Plaintiff,

Case No: 5:25cv211-MW/MJF

v.

MEDREVISIONS, INC. et al

Defendants

_____/

**DECLARATION OF MOHAMED SHAZNI THOWSEEN IN SUPPORT OF ITS REPLY TO RESPONSE IN OPPOSITION TO MOTION TO DISMISS**

I, MOHAMED SHAZNI THOWSEEN, hereby declare that I am a resident of Canada, am over the age of 18, and make the following declarations under penalty of perjury:

1. I reincorporate and reinstate all the declarations made in my declaration dated September 4, 2025.

2. I have reviewed the document filed by the Plaintiff titled "Response in Opposition to Motion to Dismiss" and the exhibit subsequently filed on September 25, 2025.

3. The information contained within the documents filed by Plaintiff appear to be screenshots pulled from the Meta Ads Library.

4. This broad targeting was utilized in an effort to capture traffic from users who have disabled location sharing on their devices as well as those who use VPNs to collect with Facebook.

5. In reviewing the exhibits closely, it is also clear that the target audience and focus of MedRevisions is Asian countries and there is no discernible traffic to the United States nor Florida specifically.

6. MedRevisions primarily targets Asian countries, the Middle East, Africa as well as other regions where the PLAB exam is conducted.

7. Plaintiff does not have access nor the ability to review the actual information and records of the advertisements that MedRevisions has utilized or is currently utilizing.

8. MedRevisions has not ever specifically or intentionally targeted users within the State of Florida.

9. The services offered by MedRevisions are not necessary for doctors within the United States because doctors from the United States are exempt from taking the PLAB or UKMLA exams. These exams are the only study guides or practice questions that MedRevisions offers thus there is no reason to waste time or money intentionally soliciting residents of the United States, more specifically residents of the State of Florida.

10. I also do not own nor have any affiliation with the website www.plableisascam.com nor have any information as to who the owner is.

**I HEREBY DECLARE UNDER PENALTY OF PERJURY AND PURSUANT TO 28 U.S.C. §1746 THE FOREGOING IS TRUE AND CORRECT.**

_____
**MOHAMED SHAZNI THOWSEEN**