IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLABABLE LIMITED,

    *Plaintiff*,

v.                                           Case No.: 5:25cv211-MW/MJF

MEDREVISIONS, INC., et al.,

    *Defendants*.

_____/

## ORDER REGARDING MOTION TO DISMISS

Pending before this Court are Plaintiff's motion for preliminary injunction, ECF No. 12, and Defendants' motion to dismiss, ECF No. 9. As discussed on the record at the scheduling conference on September 26, 2025, this Court will address arguments raised in both motions at the hearing on November 4, 2025. This Court enters this Order to alert the parties that it has reviewed the briefing with respect to the motion to dismiss, and as it pertains to the matter of personal jurisdiction, there appear to be factual disputes that require resolution following an evidentiary hearing. Accordingly, this Court will treat the preliminary injunction hearing on November 4, 2025, as an evidentiary hearing on the motion to dismiss for lack of personal jurisdiction as well, and the parties should prepare their presentations accordingly. *See N. Am. Sugar Industries, Inc. v. Xinjiang Goldwind Sci. & Tech. Co., Ltd.*, 124

F. 4th 1322, 1333(11th Cir. 2025) (court has discretion to "hold an evidentiary hearing before trial to make factual findings about personal jurisdiction").

**SO ORDERED on October 6, 2025.**

s/Mark E. Walker<br>
**United States District Judge**