# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

PLABABLE LIMITED,

     Plaintiff,

     v.

MEDREVISIONS, INC., and
MOHAMED SHAZNI THOWSEEN, an
individual,

     Defendants.

Case No. 5:25cv00211-MW/MJF

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO CLARIFY FACTUAL MISSTATEMENTS IN DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS

Plaintiff PLABABLE LIMITED ("Plaintiff"), by and through its undersigned counsel respectfully request this Honorable Court grant this motion for leave to file a short sur-reply memorandum to clarify factual assertions or misstatements.

Pursuant to Local Rule 7.1(I), a party may not file an additional memorandum without leave of Court, except in connection with summary judgment. However, the Rule expressly authorizes the Court to grant leave "in extraordinary circumstances." Plaintiff requests this sur-reply under the

"extraordinary circumstances" exception, as Defendants' Reply introduces new factual assertions that mischaracterize portions of the record. A short supplemental memorandum will assist the Court in ensuring an accurate presentation of the facts.

Plaintiff requests this leave to sur-reply directly to Defendants' Reply in Support of their Motion to Dismiss, specifically to address:

1.      Defendants' assertions of how advertisements are listed and archived in the Meta Ad Library, which are inconsistent with both Meta's public documentation and the exhibits attached to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (ECF No. 13); and

2.      Other factual assertions contained in Defendants' reply that do not align with the evidentiary record previously submitted by Plaintiff.

Plaintiff's proposed sur-reply will be concise and limited to clarifying these factual issues. It will not introduce new arguments or theories of law and is only requested to ensure the Court has a clear and accurate record before the November 4th, 2025 hearing.

## <u>CONCLUSION</u>

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion for Leave.

Respectfully submitted this 10th day of October 2025,

Landry Legal, PLLC

By: */s/ James Andrew Landry*
**James Andrw Landry**
*Admitted Pro Hac Vice*
43 W 43rd Street, Suite 272
New York, NY 10036
Phone: 888-914-0011
james@landrypllc.com

Perry & Young, P.A.

Henry Lawrence Perry
Florida Bar No.: 59765
200 Harrison Avenue
Panama City, FL 32401
Phone: 850-215-7777
Facsimile: 850-215-4777
lperry@perry-young.com
nbuckley@perry-young.com

**Attorneys for the Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

Landry Legal, PLLC

By: */s/ James Andrew Landry*
**James Andrew Landry**
*Admitted Pro Hac Vice*
43 W 43rd Street, Suite 272
New York, NY 10036
Phone: 888-914-0011
james@landrypllc.com

**Attorneys for Plaintiff**

## CERTIFICATE OF CONFERRAL

Counsel for Plaintiff conferred with counsel for Defendants pursuant to N.D. Fla. Local Rule 7.1(B) and counsel for Defendants indicated that they do not agree that Plaintiff is entitled to file a sur-reply but they do not intend to file a written opposition to this motion.

By: */s/ James Andrew Landry*
James Andrew Landry, Esq.

## CERTIFICATION OF WORD COUNT

I hereby certify that this Motion for Leave complies with Rule 7.1(F) of the Local Rules for the Northern District of Florida. According to the word-processing system utilized in its preparation the total word count for all printed text, exclusive of the material omitted under Rule 7.1, is 275 words.

By: */s/ James Andrew Landry*
James Andrew Landry, Esq.